**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

STIG STRONG,

    Plaintiff,

  v.

STATE OF NEVADA et al.,

    Defendants.

2:17-cv-02860-APG-PAL

**ORDER**

## I. DISCUSSION

On December 4, 2017, the Court issued a screening order dismissing some claims with leave to amend, dismissing other claims without leave to amend, and permitting one claim to proceed. (ECF No. 3 at 9). The Court granted Plaintiff 30 days from the date of that order to file an amended complaint curing the deficiencies of the complaint. (*Id.* at 10). The Court specifically stated that if Plaintiff chose not to file an amended complaint, the action would proceed against Defendants Sergeant Fry and Doe deputies (when Plaintiff learns their identities) for excessive force only. (*Id.*). Plaintiff has not filed an amended complaint. Pursuant to the screening order, this action shall proceed against Defendants Sergeant Fry and Doe deputies (when Plaintiff learns their identities) for excessive force only.

Additionally, Plaintiff's application to proceed *in forma pauperis* is before the Court. (ECF No. 1). Based on the information regarding Plaintiff's financial status, the Court finds that Plaintiff is not able to pay an initial installment payment toward the full filing fee pursuant to 28 U.S.C. § 1915. Plaintiff will, however, be required to make monthly payments toward the full $350.00 filing fee when he has funds available.

*/ / /*

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) without having to prepay the full filing fee is **GRANTED**. Plaintiff shall **not** be required to pay an initial installment fee. Nevertheless, the full filing fee shall still be due, pursuant to 28 U.S.C. § 1915, as amended by the Prisoner Litigation Reform Act. The movant herein is permitted to maintain this action to conclusion without the necessity of prepayment of fees or costs or the giving of security therefor. This order granting *in forma pauperis* status shall not extend to the issuance and/or service of subpoenas at government expense.

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 1915, as amended by the Prisoner Litigation Reform Act, the Nevada Department of Corrections shall pay to the Clerk of the United States District Court, District of Nevada, 20% of the preceding month's deposits to the account of **Stig Strong, #1180512** (in months that the account exceeds $10.00) until the full $350 filing fee has been paid for this action. The Clerk shall send a copy of this order to the attention of Chief of Inmate Services for the Nevada Department of Prisons**,** P.O. Box 7011, Carson City, NV 89702.

IT IS FURTHER ORDERED that, even if this action is dismissed, or is otherwise unsuccessful, the full filing fee shall still be due, pursuant to 28 U.S.C. §1915, as amended by the Prisoner Litigation Reform Act.

IT IS FURTHER ORDERED that, pursuant to the Court's screening order (ECF No. 3), this action shall proceed against Defendants Sergeant Fry and Doe deputies (when Plaintiff learns their identities) for excessive force only.

IT IS FURTHER ORDERED that the Clerk of Court **SHALL ISSUE** a summons for Defendant Sergeant Fry, **AND DELIVER THE SAME**, to the U.S. Marshal for service. The Clerk **SHALL SEND** to Plaintiff **one (1)** USM-285 forms. The Clerk also **SHALL SEND** a copy of the complaint (ECF No. 4) and a copy of this order to the U.S. Marshal for service on Defendant(s). Plaintiff shall have **thirty (30) days** within which to furnish to the U.S. Marshal the required USM-285 forms with relevant information as to each Defendant on each form.

Within **twenty (20) days** after receiving from the U.S. Marshal a copy of the USM-285 forms showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying which Defendant(s) were served and which were not served, if any. If Plaintiff wishes to have service again attempted on an unserved Defendant(s), then a motion must be filed with the Court identifying the unserved Defendant(s) and specifying a more detailed name and/or address for said Defendant(s), or whether some other manner of service should be attempted.

IT IS FURTHER ORDERED that henceforth, Plaintiff shall serve upon Defendants or, if appearance has been entered by counsel, upon the attorney(s), a copy of every pleading, motion or other document submitted for consideration by the Court. Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the Defendants or counsel for the Defendants. The Court may disregard any paper received by a district judge or magistrate judge which has not been filed with the clerk, and any paper received by a district judge, magistrate judge or the clerk which fails to include a certificate of service.

DATED: This 23rd day of January 2018.

_____
United States Magistrate Judge