UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| STIG STRONG, | Case No. 2:17-cv-02860-APG-PAL |
| Plaintiff, | |
| v. | **ORDER** |
| STATE OF NEVADA, et al., | (Undeliverable Mail – ECF No. 22) |
| Defendants. | |

This matter is before the court on Plaintiff Stig Strong's failure to comply with the Local Rules of Practice by notifying the court of his change in address. This proceeding is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 of the Local Rules of Practice.

"A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988). Pursuant to the Local Rules of Practice, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney." LR IA 3-1. Pro se parties are further warned that a "[f]ailure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.*; *see also* LSR 2-2 (failure to notify the court of an address change "may result in dismissal of the action with prejudice").

A recent docket entry indicates that Mr. Strong has not kept the court apprised of his current address. *See* Mail Returned Undeliverable (ECF No. 22). Strong is no longer incarcerated at High Desert State Prison and has not filed written notification informing the court of his current address. The court is not obligated to track down Mr. Strong's most recent address.

Mr. Strong shall have until **March 29, 2019**, to file his updated address with this court. If Strong does not comply with this order by updating his current address by **March 29, 2019**, the court will recommend that to the district judge that this action be dismissed.

Accordingly,

**IT IS ORDERED:**

1. Plaintiff Stig Strong shall file written notification of his current address and contact information as required by LR IA3-1 with the court on or before **March 29, 2019**.
2. If Mr. Strong fails to timely comply with this order, the court will recommend to the district judge that this case be dismissed.

Dated this 28th day of February, 2019.

　　　　　　　　　　　　　　　　　　　　　　　
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE